<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1269**

———————

JAMES W. BRAMMER,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-97-524-R)

———————

Submitted: July 2, 1998                    Decided: July 21, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

James W. Brammer, Appellant Pro Se. John Francis Corcoran, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing under Fed. R. Civ. P. 12(b)(1) his action challenging the Department of Veterans Affairs' denial of disability benefits. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Brammer v. United States Dep't of Veterans Affairs</u>, No. CA-97-524-R (W.D. Va. Jan. 30, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>